(October 15, 1991)

■ ROBERT APPLEBAUM et al., Respondents, v TOWN OF OYS-
TER BAY et al., Appellants.—In an action, *inter alia,* for a
judgment declaring the imposition of ad valorem taxes for
garbage collection against the plaintiffs' properties invalid, the
defendants appeal from an order and judgment of the Su-
preme Court, Nassau County (O'Shaughnessy, J.), entered
March 12, 1990, which, *inter alia,* granted summary judgment
in favor of the plaintiffs and declared the imposition of ad
valorem taxes for garbage collection against the plaintiffs'
properties invalid.

Ordered that the order and judgment is affirmed, with costs.

It is undisputed that although the ad valorem garbage
collection taxes were being levied against the plaintiffs' re-
spective properties, the plaintiffs were not receiving any gar-
bage collection services. Where property is excluded from
garbage collection services, the imposition of a garbage collec-
tion tax is invalid *(see, Matter of Sperry Rand Corp. v Town of
N. Hempstead,* 53 Misc 2d 970, *affd* 29 AD2d 968, *affd* 23
NY2d 666; *Landmark Colony at Oyster Bay Homeowners'
Assn. v Town of Oyster Bay,* 145 AD2d 542). The defendants'
assertion that there was a triable issue of fact as to whether
the plaintiffs waived their right to object to the imposition of
the taxes is nothing more than conjecture and is unsupported
by the record. The appellants' remaining contentions are
without merit. Thus, summary judgment was properly granted
in favor of the plaintiffs *(see, Landmark Colony at Oyster Bay
Homeowners' Assn. v Town of Oyster Bay, supra).* Kunzeman,
J. P., Harwood, Eiber and Balletta, JJ., concur.